```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
M.D., INDIVIDUALLY AND ON BEHALF OF
B.D.,                                      20-cv-6083 (JGK)

                    Plaintiff,            ORDER

          - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are instructed to file a Rule 26(f) report by **December 11, 2020.**

**SO ORDERED.**

**Dated:  New York, New York
        November 30, 2020**

　　　　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge