

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MARK G. TOEWS**
*Assistant Corporation Counsel*
office: 212-356-0871

December 11, 2020

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *M.D.et al. v. NYC Dep't of Educ*.
20 CV 6083 (JGL)

Dear Judge Koeltl:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, and I am assigned to represent the Defendant in the above referenced matter, wherein Plaintiff alleges an entitlement to attorney's fees and costs after an administrative hearing brought pursuant to the Individuals with Disabilities in Education Act (IDEA). I write jointly with Plaintiff's counsel, Adam Dayan, Esq., to respectfully request that the deadline to submit a Rule 26 report be extended *sine die* as the parties respectfully submit that no discovery is necessary in this attorney's fees case and because the parties are engaged in settlement negotiations. The Rule 26 report is currently due to be submitted today, December 11, 2020 (*see* Dkt. # 10). I apologize for the last-minute nature of this request.

The parties are currently making best efforts to resolve the case through a negotiated settlement. Plaintiff's counsel has submitted billing statements to my office and I have been in contact with the Comptroller's office in order to obtain settlement authority. While I do not yet have authority to make an offer of settlement to Plaintiff, I am confident that I will be able to do so within two weeks. While this is obviously no guarantee that the matter will be resolved, the parties jointly make this request to allow for additional time to discuss settlement. The parties respectfully propose that they file a status letter within thirty (30) days to update the court regarding their progress in attempting to reach a resolution of this matter.

This is the parties' first request for an extension of time to file the Rule 26 report. This extension of time, if granted, would not affect any other deadlines. Thank you for your consideration.

Respectfully yours,

_____/s/_____

Mark G. Toews
Assistant Corporation Counsel

**cc (via ECF):**
Plaintiff's counsel

```
Application granted.

SO ORDERED.
                         /s/ John G. Koeltl
New York, New York         John G. Koeltl
December 14, 2020              U.S.D.J.
```